UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 23-cv-01097-NW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |
| ELLIOT SNOOK,<br>        Plaintiff,<br>   v.<br>GREG W. BECKER, et al.,<br>        Defendants. | Case No. 23-cv-01173-NW |
| AIZAZ SIDDIQUI,<br>        Plaintiff,<br>   v.<br>GREG W. BECKER, et al.,<br>Defendants. | Case No. 23-cv-01228-NW |
| CITY OF HIALEAH EMPLOYEES RETIREMENT SYSTEM, et al.,<br>        Plaintiffs,<br>   v.<br>GREG W. BECKER, et al.,<br>Defendants. | Case No. 23-cv-01697-NW |

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 PENSION FUND,<br><br>        Plaintiffs,<br><br>    v.<br><br>SVB FINANCIAL GROUP, et al.,<br><br>        Defendants. | Case No. 23-cv-01962-NW |

In an order filed November 30, 2023, *see* ECF No. 82, *In re SVB Financial Group Securities Litigation*, Case No 5:25-cv-01097, the Court consolidated five cases: *Vanipeta v. SVB Financial Group* (23-cv-01097), *Snook v. SVB Financial Group* (23-cv-01173), *Siddiqui v. Becker* (23-cv-01228), *Hialeh Employees v. Becker* (23-cv-01697), and *International Union of Operating Engineers v. SVB* (23-cv-01962). Case No. 23-cv-01097 is the lead case and now captioned *In re SVB Financial Group Securities Litigation*. Accordingly, the Court directs the Clerk to administratively close Case Nos. 23-cv-01173, 23-cv-01228, 23-cv-01697, and 23-cv-01962.

**IT IS SO ORDERED.**

Dated: April 1, 2025

Noël Wise
United States District Judge